IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES JONES,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>WARDEN GROUNDS, et al.,<br><br>　　　　Defendants. | No. C 13-5406 LHK (PR)<br><br>JUDGMENT |

　　　The court has dismissed the instant action. A judgment of dismissal with prejudice is entered. The clerk shall close the file.

　　　IT IS SO ORDERED.

DATED:  3/24/14

　　　　　　　　　　　　　　　　_Lucy H. Koh_
　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　United States District Judge

P:\PRO-SE\LHK\CR.13\Jones406jud.wpd