IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHARLES JONES, | ) | No. C 13-5406 LHK (PR) |
| Plaintiff, | ) | ORDER OF DISMISSAL |
| vs. | ) | |
| WARDEN GROUNDS, et al., | ) | |
| Defendants. | ) | |

On November 20, 2013, plaintiff, proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. On March 24, 2014, the court dismissed the action for failure to state a claim, and entered judgment. On April 8, 2014, plaintiff filed objections to the order of dismissal. On June 4, 2014, the court construed plaintiff's objections as a motion to alter or amend the judgment. So construed, the court granted the motion, re-opened the case, and dismissed plaintiff's complaint with leave to amend. The court directed plaintiff to correct the deficiencies of his complaint, and file an amended complaint within thirty days. Plaintiff was cautioned that his failure to file his amended complaint within thirty days would result in the dismissal of this action. To date, plaintiff has not filed an amended complaint or otherwise communicated with the court. Thus, the instant action is DISMISSED without prejudice. The clerk shall enter judgment and close the file.

IT IS SO ORDERED.

DATED:  7/16/14

LUCY H. KOH
United States District Judge

Order of Dismissal
P:\PRO-SE\LHK\CR.13\Jones406dis.wpd