IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES JONES, ) | No. C 13-5406 LHK (PR) |
| Plaintiff, ) | JUDGMENT |
| vs. ) | |
| WARDEN GROUNDS, et al., ) | |
| Defendants. ) | |

The court has dismissed the instant action. A judgment of dismissal without prejudice is entered. The clerk shall close the file.

IT IS SO ORDERED.

DATED: 7/16/14

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

P:\PRO-SE\LHK\CR.13\Jones406jud2.wpd